IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAMONT KAREEM SEAFORD** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **FRIENDS HOSPITAL** | : | NO. 17-3367 |

### ORDER

AND NOW, this 1st day of August, 2017, upon consideration of plaintiff's motion for leave to proceed *in forma pauperis* and his complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons stated in the Court's Memorandum. Plaintiff's civil rights claims are dismissed with prejudice. Any claims under state law are dismissed without prejudice to plaintiff refiling in state court.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.

FILED
AUG 01 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

8/1/17 mail:
Seaford

ENTERED
AUG 01 2017
CLERK OF COURT